# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

RICHARD NAVA,                          *
                                       *
    Petitioner,              *
                                       *   CRIMINAL NO. 05-00321-WS
  vs.                                  *
                                       *   CIVIL NO. 11-00580-WS-B
UNITED STATES OF AMERICA,              *
                                       *
    Respondent.              *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Respondent's Motion to Dismiss be **GRANTED** (Doc. 747), that Nava's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 743) be **DISMISSED** as time-barred, and that Nava is not entitled to a certificate of appealability, and consequently, is not entitled to appeal *in forma pauperis*.

    **DONE** this 20th day of November, 2013.


                                **s/WILLIAM H. STEELE**
                                **CHIEF UNITED STATES DISTRICT JUDGE**