IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD NAVA, | * |
| Petitioner, | * |
| vs. | * CRIMINAL NO. 05-00321-WS |
| | * CIVIL NO. 11-00580-WS-B |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Respondent's Motion to Dismiss be **GRANTED** (Doc. 747), that Nava's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 743) be **DISMISSED** as time-barred, and that Nava is not entitled to a certificate of appealability, and consequently, is not entitled to appeal *in forma pauperis*.

**DONE** this 20th of November, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**